### WHITE v. SANFORD et al.
### No. 10943.

Circuit Court of Appeals, Fifth Circuit.
May 9, 1943.

Charles Newton White, in pro. per.

M. Neil Andrews, U. S. Atty., and Harvey H. Tisinger, Asst. U. S. Atty., both of Atlanta, Ga., for appellee.

Before SIBLEY, McCORD, and LEE, Circuit Judges.

PER CURIAM.

The sole ground for release on habeas corpus was that the indictment on which conviction was had showed no finding by the grand jury that it was a true bill. A certified copy sent by the clerk to appellant did not show such a finding, but on the hearing the original indictment was produced bearing an indorsement that it was found a true bill, signed by the foreman of the grand jury in the usual form. The Court was warranted in finding that the indictment was regularly returned as true, and the judgment discharging the writ is affirmed.